IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL P. POMPA, :
     Petitioner, :
     v. : Civil Action No. 02-218J
SUPERINTENDENT R. SHANNON, :
S.C.I. LAUREL HIGHLANDS, :
     Respondent :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 1, 2006, docket no. 13, recommending that the petition for a writ of habeas corpus be denied and that a certificate of appealability be denied.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed objections which I consider timely, docket no. 14, on June 22, 2006. I have reviewed the objections, but reject them.

After de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 30th day of June, 2006, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

    Daniel P. Pompa AJ-2265
    S.C.I. Mahanoy
    301 Morea Road
    Frackville, PA 17932

    Andrea McKenna, Esquire
    16th Floor, Strawberry Square
    Harrisburg, PA 17120